# Exhibit 2

#0408

## GODDARD SYSTEMS, INC.
## ASSIGNMENT AND ASSUMPTION AGREEMENT

### (CORPORATION)

THIS ASSIGNMENT AND ASSUMPTION AGREEMENT (the "*Agreement*") is made and entered into this 31st day of March, 2006, by and among **GODDARD SYSTEMS, INC.**, a Pennsylvania corporation, with its principal offices at 1016 West Ninth Avenue, Suite 210, King of Prussia, Pennsylvania 19406-3107 ("*GSI*"), the undersigned ("*Assignor*"), and **The Masten Team, Inc.**, a Georgia corporation owned and controlled by Assignor.

### BACKGROUND

A.      Assignor and GSI entered into a certain Franchise Agreement dated March 31, 2006 (the "*Franchise Agreement*") whereby Assignor was given the right and undertook the obligation to operate The Goddard School franchise at:

> **4410 Johns Creek Parkway**
> **Suwanee, Georgia 30024**      (the "*School*").

B.      Assignor has organized and incorporated Assignee for the convenience and purpose of owning and operating the School.

C.      Assignor desires to assign its rights and obligations under the Franchise Agreement to Assignee pursuant to and in accordance with the provisions of the Franchise Agreement.

D.      GSI is willing to consent to the assignment of the Franchise Agreement to Assignee, subject to the terms and conditions of this Agreement, including Assignor's agreement to guarantee the performance by Assignee of its obligations under the Franchise Agreement and to continue to be bound by all of the provisions of the Franchise Agreement.

### AGREEMENT

In consideration of the mutual covenants contained in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which is acknowledged, and intending to be legally bound, the parties agree as follows:

1.      Assignor hereby assigns and transfers over to Assignee all of its right, title and interest in and to the Franchise Agreement, effective as of the date hereof.

2.      Assignee hereby assumes all of Assignor's obligations, agreements, commitments, duties and liabilities under the Franchise Agreement, and agrees to be bound by and observe and faithfully perform all of the obligations, agreements, commitments and duties of the Franchisee thereunder with the same force and effect as if the Franchise Agreement were originally written with Assignee as Franchisee.

3.      Assignor agrees that it shall continue to be bound by the terms and conditions of the Franchise Agreement, including the provisions contained in Sections 12 and 16 thereof, and that nothing contained herein shall be deemed to relieve it of any of its obligations contained in the Franchise Agreement. Assignor further agrees to, and by this instrument does hereby, guarantee the performance by Assignee, in the same manner and with the same recourse against Assignor, as if Assignor were the Franchisee, of all of Assignee's obligations, commitments, duties and liabilities under the Franchise

GSI 2005 *1st Amendment* Assignment and Assumption Agreement                                    1

Agreement. Without limiting the foregoing, Assignor irrevocably and unconditionally guarantees to GSI: (i) that Assignee shall pay all amounts to be paid and otherwise comply with all provisions of the Franchise Agreement or any other agreement with GSI or its affiliates concerning the operation of the School; and (ii) that if Assignee defaults in making any such payments or complying with any such provisions, Assignor shall pay forthwith upon demand all amounts due and owing GSI and all damages that may arise as a result of any such non-compliance.

4.      In the enforcement of any of its rights against Assignor, GSI may proceed as if Assignor were the primary obligor under the Franchise Agreement. Assignor waives any right to require GSI to first proceed against Assignee or to proceed against or exhaust any security (if any) held by GSI or to pursue any other remedy available to it before proceeding against Assignor. Assignor waives notice of demand for payment, protest, notice of protest and notice of default, and all other notices and legal or equitable defenses to which Assignor may be entitled. No dealings between GSI and Assignee shall exonerate, release, discharge or in any way reduce the obligations of Assignor hereunder, in whole or in part and in particular and without limiting the generality of the foregoing, GSI may modify or amend the Franchise Agreement, grant any indulgence, release, postponement or extension of time, waive any term or condition of the Franchise Agreement, or any obligation of Assignee, take or release any securities or other guarantees for the performance by Assignee of any of its obligations, and otherwise deal with Assignee as GSI may see fit without affecting, lessening or limiting in any way the liability of Assignor. Nothing but payment and satisfaction in full of the obligations owing GSI by Assignee shall release Assignor from Assignor's obligations under this Agreement. Notwithstanding any assignment for the general benefit of creditors or any bankruptcy or other act of insolvency by Assignee and notwithstanding any rejection, disaffirment or disclaimer of this Agreement or the Franchise Agreement, Assignor shall continue to be fully liable. Upon any such assignment for the general benefit of creditors, bankruptcy or other act of insolvency, or the winding up or distribution of any of the assets of Assignee, GSI's rights shall not be affected or impaired by its omission to prove its claim or to prove its full claim and GSI may prove such claims as it sees fit and may refrain from proving any claim. Neither the liability of Assignor nor the rights of GSI shall in any way be released, diminished, or extinguished or in any way affected by any failure on the part of GSI to assert its rights under this Agreement.

5.      This Agreement shall be binding upon and inure to the benefit of the parties and their heirs, successors and assigns.

6.      Assignor and Assignee agree that this Agreement takes effect when accepted and signed by GSI in Pennsylvania. This Agreement shall be construed under the laws of the Commonwealth of Pennsylvania and any dispute between the parties shall be governed by and determined in accordance with the substantive law of the Commonwealth of Pennsylvania, which laws shall prevail in the event of any conflict of law. If GSI moves its corporate headquarters, it shall have the option of determining that the substantive law of the state to which it moves will replace all references to Pennsylvania law in this Agreement, or of continuing to have Pennsylvania law apply. If GSI chooses to have the law of the new state apply, GSI will so notify Assignor and Assignee within six months of its move, and the chosen law will apply to the parties; except any franchise registration or disclosure law or any franchise relationship law of the new state will only apply where the jurisdictional requirements of the law are otherwise met. Assignor and Assignee acknowledge that they have and will continue to develop a substantial and continuing relationship with GSI at its offices in the Commonwealth of Pennsylvania, where its decision-making authority is vested and franchise operations are conducted and supervised. Except for GSI's right to obtain injunctive relief in any appropriate forum, any action arising out of or relating to this Agreement shall be commenced, conducted and concluded only in a state or federal court of general jurisdiction in the Commonwealth of Pennsylvania for the district or county in which GSI's headquarters are then located. Assignor and Assignee irrevocably submit to the jurisdiction of these courts, waive any objection they may have to either the jurisdiction or venue of these courts and agree not to argue that any of these courts is an inconvenient forum. If GSI moves its corporate headquarters, Assignor and Assignee

GSI 2005 *1ˢᵗ Amendment* Assignment and Assumption Agreement                                     2

acknowledge that they will have a substantial and continuing relationship with GSI in the state to which it moves and that any references to Pennsylvania in this paragraph will be deemed to be references to the new state.

7.   This Agreement shall constitute the entire integrated agreement between the parties with respect to the subject matter contained herein and shall not be subject to change, modification, amendment or addition without the express written consent of all the parties.

8.   If GSI retains the services of legal counsel to enforce the terms of this Agreement, GSI shall be entitled to recover all costs and expenses, including reasonable attorneys', expert and investigative fees, incurred in enforcing the terms of this Agreement.

9.   Each party declares that the terms of this Agreement have been completely read and are fully understood and voluntarily accepted by each party, after having a reasonable opportunity to retain and confer with counsel. This Agreement is entered into after a full investigation by the parties, and the parties are not relying upon any statements or representations not contained in this Agreement.

10.   Susan A. Masten acknowledges her authority to sign this Agreement on behalf of Assignee.

11.   The obligations of Assignor and Assignee under this Agreement shall be joint and several.

**I HAVE READ THE ABOVE AGREEMENT AND UNDERSTAND ITS TERMS.   I WOULD NOT SIGN THIS AGREEMENT IF I DID NOT UNDERSTAND AND AGREE TO BE BOUND BY ITS TERMS.**

ASSIGNOR:

Name: Susan A. Masten                    (Seal)
Address: 1020 Ambrose Avenue
              Alpharetta, GA 30022

GODDARD SYSTEMS, INC.
1016 West Ninth Avenue, Suite 210
King of Prussia, PA  19406-3107

By: _____
Robert J. Scopinich
Chief Financial Officer

ASSIGNEE:
THE MASTEN TEAM, INC.
1020 Ambrose Avenue
Alpharetta, GA 30022

By: _____
Susan A. Masten
Title: _____

# Exhibit 3



# Goddard Systems, Inc.

September 18, 2009

VIA CERTIFIED MAIL AND FIRST-CLASS MAIL

Ms. Susan Masten
The Masten Team, Inc.
1020 Ambrose Avenue
Alpharetta, GA 30022

Re:    Notice of Default

Dear Ms. Masten:

This Notice of Default ("Notice") concerns your March 31, 2006 Franchise Agreement for the operation of a Goddard School at 4410 Johns Creek Parkway, Suwanee, GA 30024 (the "Franchise Agreement"). As you know, under the March 31, 2006 Assignment and Assumption Agreement (the "Assignment"), you are the unconditional guarantor of all of the obligations of The Masten Team, Inc. ("TMTI") under the Franchise Agreement. In this letter, the terms "you" and "your" refer to both you and TMTI.

You have failed to meet your continuing monthly royalty fee and advertising contribution obligations to GSI as required under the Franchise Agreement, and you have failed to submit your required gross receipts reports for July and August 2009. As a result of these failures, you are in default of the Franchise Agreement. As of the date of this Notice, you owe GSI approximately the following amounts:

| Account | Amount |
|---|---|
| Royalty fees | $12,100.00 |
| Advertising contributions | $ 4,230.00 |
| TOTAL | $16,330.00 |

In addition, you are obligated under Paragraph 4(F) of the Franchise Agreement to authorize GSI to obtain payments directly from your operating account through the use of electronic funds transfer network or ACH. Please complete and sign the enclosed Automatic Debt Authorization Form and return it to me in the enclosed stamped, self-addressed envelope no later than September 25, 2009.



# Goddard Systems, Inc.

Under paragraph 13(B) of the Franchise Agreement, GSI has the right to terminate the Franchise Agreement, effective upon delivery of notice to you, if you fail to comply with your obligations under the Franchise Agreement to make payments and submit reports when due, and if you fail to correct these failures after written notice is provided to you.

Without waiving any and expressly reserving all of its rights under the Franchise Agreement and the Assignment, GSI is providing you with a final opportunity to cure your defaults. If you do not cure the payment defaults identified in this Notice within fifteen days after the date of this Notice and the reporting defaults within thirty days after the date of this Notice, GSI will have no alternative but to pursue its remedies under the Franchise Agreement and applicable law, including, without limitation, its right to terminate the Franchise Agreement.

GSI has also learned that you have been advertising an unapproved program at the School. Offering an unapproved program at the School would constitute a material breach of your obligations under the Franchise Agreement. GSI is deferring action on this matter pending the outcome of its investigation.

The listing of items of default in this Notice shall not constitute a waiver by GSI of other defaults under the Franchise Agreement or any other agreements between you and GSI or as to any other rights or remedies GSI may have against you, whether or not such additional defaults, rights or remedies are presently known to GSI. GSI does not waive any and expressly reserves all of its rights under the Franchise Agreement and the Assignment.

Because of the seriousness of this matter, I suggest that you give it your immediate attention.

Sincerely,

Sandra G. Gibbs
Corporate Counsel

cc:    J. Schumacher
       D. Kline
       R. Scopinich
       H. Torgerson

**Goddard Systems, Inc.**
**&**
**Brooks Advertising, LLC**
**1016 West Ninth Avenue**
**King of Prussia, PA 19406**

## AUTOMATIC DEBIT AUTHORIZATION FORM

*I hereby authorize Goddard Systems, Inc. and Brooks Advertising, LLC to initiate debit entries to the account shown below.  The entries should be made on a monthly basis for royalties, advertising fees, and yellow page fees (if applicable) calculated as noted in the franchise agreement.*

Bank Name: _____

Address: _____

City, State & Zip _____

Bank Transit/ABA Number (9 digits) _____

Account Number _____

Type of Account: ___ Checking    ___ Savings

Authorized Name (Printed) _____

School Name & Number _____

Signature _____  Date _____

Please send completed form to:  610-265-6931 Attn:  Heidi Torgerson

Please email htorgerson@goddardsystems.com when you are faxing the form.

# Exhibit 4



**GODDARD SYSTEMS,** INC.
FRANCHISOR OF THE GODDARD SCHOOL

Member, International Franchise Association

Goddard Systems, Inc., 1016 West Ninth Avenue, King of Prussia, PA 19406   |   610-265-8510 • Fax: 610-265-8867   |   GoddardSystems.com

VIA CERTIFIED MAIL AND FIRST-CLASS MAIL

February 18, 2014

Ms. Susan Masten
The Masten Team, Inc.
1020 Ambrose Avenue
Alpharetta, GA 30022

Re:   Notice of Default

Dear Ms. Masten:

This Notice of Default ("Notice") concerns your March 31, 2006 Franchise Agreement for the operation of a Goddard School at 4410 Johns Creek Parkway, Suwanee, GA 30024 (the "Franchise Agreement"). As you know, under the March 31, 2006 Assignment and Assumption Agreement (the "Assignment"), you are the unconditional guarantor of all of the obligations of The Masten Team, Inc. ("TMTI") under the Franchise Agreement. In this letter, the terms "you" and "your" refer to both you and TMTI.

You have failed to meet your continuing monthly advertising contribution obligation to GSI as required under the Franchise Agreement. Specifically, you have failed to pay or have underpaid every monthly advertising contribution since January 2013. As of the date of this Notice, you owe GSI $8,915.00, comprising the following amounts:

1

LEARNING FOR FUN. LEARNING FOR LIFE.℠



**GODDARD SYSTEMS, INC.**
FRANCHISOR OF THE GODDARD SCHOOL

Member, International Franchise Association

Goddard Systems, Inc., 1016 West Ninth Avenue, King of Prussia, PA 19406 | 610-265-8510 • Fax: 610-265-8867 | GoddardSystems.com

| Month | Advertising Pay Due | Adv Payments | Total Adv Payments Past Due |
|---|---|---|---|
| 01/13 | 1,955.00 | (1,500.00) | 455.00 |
| 02/13 | 1,955.00 | (1,500.00) | 455.00 |
| 03/13 | 1,955.00 | (1,500.00) | 455.00 |
| 04/13 | 1,955.00 | (1,500.00) | 455.00 |
| 05/13 | 1,955.00 | (1,500.00) | 455.00 |
| 06/13 | 1,955.00 | (1,500.00) | 455.00 |
| 07/13 | 1,955.00 | (1,500.00) | 455.00 |
| 08/13 | 1,955.00 | (1,500.00) | 455.00 |
| 09/13 | 1,955.00 | (1,500.00) | 455.00 |
| 10/13 | 1,955.00 | (1,500.00) | 455.00 |
| 11/13 | 1,955.00 | - | 1,955.00 |
| 12/13 | 1,955.00 | (1,500.00) | 455.00 |
| 01/14 | 1,955.00 | - | 1,955.00 |
| | 25,415.00 | (16,500.00) | 8,915.00 |

In addition, you are obligated under Paragraph 4(F) of the Franchise Agreement to authorize GSI to obtain payments directly from your operating account through the use of electronic funds transfer network or ACH. Despite repeated requests, you have failed to provide us with the required authorization.

Under paragraph 13(B) of the Franchise Agreement, GSI has the right to terminate the Franchise Agreement, effective upon delivery of notice to you, if you fail to comply with your obligations under the Franchise Agreement to make payments when due, and if you fail to correct these failures after written notice is provided to you.

Without waiving any and expressly reserving all of its rights under the Franchise Agreement and the Assignment, GSI is providing you with a final opportunity to cure your defaults. If you do not cure the payment defaults identified in this Notice within fifteen days after the date of this Notice, and the ACH authorization default within 30 days of the date of this Notice, GSI will have no alternative but to pursue its remedies under the Franchise Agreement and applicable law, including, without limitation, its right to terminate the Franchise Agreement.

2

LEARNING FOR FUN. LEARNING FOR LIFE.℠



**GODDARD SYSTEMS,INC.**
FRANCHISOR OF THE GODDARD SCHOOL

Member, International Franchise Association

Goddard Systems, Inc., 1016 West Ninth Avenue, King of Prussia, PA 19406 | 610-265-8510 • Fax: 610-265-8867 | GoddardSystems.com

The listing of items of default in this Notice shall not constitute a waiver by GSI of other defaults under the Franchise Agreement or any other agreements between you and GSI or as to any other rights or remedies GSI may have against you, whether or not such additional defaults, rights or remedies are presently known to GSI. GSI does not waive any and expressly reserves all of its rights under the Franchise Agreement and the Assignment.

Because of the seriousness of this matter, please give it your immediate attention.

Sincerely,

Sandra G. Gibbs
Corporate Counsel

cc:  J. Schumacher
     R. Scopinich
     D. Homan
     H. Torgerson

3

LEARNING FOR FUN. LEARNING FOR LIFE.



## Automatic Deposit Authorization Form

The undersigned depositor ("**Depositor**"), intending to be legally bound, hereby (1) authorizes Goddard Systems, Inc. or its affiliates ("**GSI**") to initiate debit entries to the undersigned's account indicated below and (2) authorizes the bank  designated below ("**Bank**") to debit such account on a monthly basis or pursuant to GSI's written instructions.   The entries will be made for royalty fees, advertising contributions, telephone directory fees (if applicable) and any other payments due from Depositor to GSI or its affiliates.  This authority is to remain in full force and effect until Bank has received written notification from GSI of the termination of such authority in such time and in such manner as to afford Bank a reasonable opportunity to act on it.

**BANK NAME:**

**BRANCH ADDRESS:**

**CITY:**

**STATE:**                          **ZIP CODE:**

**BANK TRANSIT/ABA NUMBER** (9 digits):

**MY ACCOUNT NUMBER:**          **TYPE OF ACCOUNT:**

                                      ⦿ Checking   ○ Savings

**AUTHORIZED NAME**

**SCHOOL NAME & NUMBER:**

**SIGNATURE & DATE:**

CONFIDENTIAL

# Exhibit 5



**GODDARD SYSTEMS, INC.**
FRANCHISOR OF THE GODDARD SCHOOL

Member, International Franchise Association

Goddard Systems, Inc., 1016 West Ninth Avenue, King of Prussia, PA 19406  |  610-265-8510 • Fax: 610-265-8867  |  GoddardSystems.com

VIA CERTIFIED MAIL AND FIRST-CLASS MAIL

July 24, 2015

Ms. Susan Masten
The Masten Team, Inc.
1020 Ambrose Avenue
Alpharetta, GA 30022

Re:   **Third Notice of Default**

Dear Ms. Masten:

This Third Notice of Default ("Third Notice") concerns your March 31, 2006 Franchise Agreement for the operation of a Goddard School at 4410 Johns Creek Parkway, Suwanee, GA 30024 (the "Franchise Agreement"). As you know, under the March 31, 2006 Assignment and Assumption Agreement (the "Assignment"), you are the unconditional guarantor of all of the obligations of The Masten Team, Inc. ("TMTI") under the Franchise Agreement. In this letter, the terms "you" and "your" refer to both you and TMTI.

You have failed to meet your obligations to GSI under the Franchise Agreement. First, you failed to pay royalties for January 2015 ($6,017), you underpaid the advertising contribution for December 2014 ($1,462), you failed to pay the monthly advertising contribution for January 2015 ($1,975) and you underpaid the advertising contributions for February and March 2015 ($45). As of the date of this Third Notice, you owe GSI a total of $9,499.

Second, you are obligated under Paragraph 4(F) of the Franchise Agreement to authorize GSI to obtain payments directly from your operating account through the use of electronic funds transfer network or ACH. Despite repeated requests, including in the Second Notice of Default dated February 18, 2014, you have failed to provide us with the required authorization.

Third, you have failed to meet your obligations under the Franchise Agreement because you have failed to make certain upgrades and improvements to the School that are necessary to bring the School into compliance with GSI's current System Standards. Attached is the current System Standards Tracking Sheet showing items that are outstanding and due dates for completion of these items, many of which have passed. Reinvestment in the School is essential to maintaining leads and enrollment and to upholding the Goddard brand, and is required by the Franchise Agreement.

Under paragraph 13(B) of the Franchise Agreement, GSI has the right to terminate the Franchise Agreement, effective upon delivery of notice to you, if you fail to comply with your obligations under the Franchise Agreement to make payments when due, and if you fail to

LEARNING FOR FUN. LEARNING FOR LIFE.℠



**GODDARD SYSTEMS, INC.**
FRANCHISOR OF THE GODDARD SCHOOL

Member, International Franchise Association

Goddard Systems, Inc., 1016 West Ninth Avenue, King of Prussia, PA 19406  |  610-265-8510 • Fax: 610-265-8867  |  GoddardSystems.com

correct all of these failures after written notice is provided to you.  Without waiving any and expressly reserving all of its rights under the Franchise Agreement and the Assignment, GSI is providing you with a final opportunity to cure your defaults.  GSI requires the following:

- You pay GSI $9,499 within 15 days of the date of this Third Notice;
- You complete and sign the attached ACH authorization form and return it to Heidi Torgerson (htorgerson@goddardsystems.com) no later than 30 days after the date of this Third Notice; and
- You complete all overdue System Standards upgrades or repairs identified as overdue on the attached tracking sheet and submit documentary and/or photographic evidence of each upgrade or repair to Susanne Gallagher (sgallagher@goddardsystems.com) no later than 30 days after the date of this Third Notice.[1]

If you do not cure the defaults identified in this Third Notice within the time periods identified, GSI will have no alternative but to pursue its remedies under the Franchise Agreement and applicable law, including, without limitation, its right to terminate the Franchise Agreement.

The listing of items of default in this Third Notice shall not constitute a waiver by GSI of other defaults under the Franchise Agreement or any other agreements between you and GSI or as to any other rights or remedies GSI may have against you, whether or not such additional defaults, rights or remedies are presently known to GSI.  GSI does not waive any and expressly reserves all of its rights under the Franchise Agreement and the Assignment.

Because of the seriousness of this matter, please give it your immediate attention.

Sincerely,

Sandra G. Gibbs
Corporate Counsel

cc:   J. Schumacher
      R. Scopinich
      R. Agar
      H. Torgerson
      J. Lennon

---

[1] Please note that the attached tracking sheet does not list replacement of building signage, although this item is now overdue.  Our immediate priority at this time is to receive missing payments and to achieve compliance with the other System Standards issues.  Your FBC will communicate directly with you on the signage issue.

2

LEARNING FOR FUN. LEARNING FOR LIFE.℠



## Automatic Deposit Authorization Form

The undersigned depositor ("**Depositor**"), intending to be legally bound, hereby (1) authorizes Goddard Systems, Inc. or its affiliates ("**GSI**") to initiate debit entries to the undersigned's account indicated below and (2) authorizes the bank  designated below ("**Bank**") to debit such account on a monthly basis or pursuant to GSI's written instructions.   The entries will be made for royalty fees, advertising contributions, telephone directory fees (if applicable) and any other payments due from Depositor to GSI or its affiliates.  This authority is to remain in full force and effect until Bank has received written notification from GSI of the termination of such authority in such time and in such manner as to afford Bank a reasonable opportunity to act on it.

**BANK NAME:**

**BRANCH ADDRESS:**

**CITY:**

**STATE:**                          **ZIP CODE:**

**BANK TRANSIT/ABA NUMBER (9 digits):**

**MY ACCOUNT NUMBER:**          **TYPE OF ACCOUNT:**

◉ Checking  ◯ Savings

**AUTHORIZED NAME**

**SCHOOL NAME & NUMBER:**

**SIGNATURE & DATE:**

## Suwanee I, GA System Standard Open Items

| Subject | Activity Status | Due Date | Regarding | Description |
|---|---|---|---|---|
| Additional Playground Condition | Open | 10/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Younger Playground needs to be repaired |
| Additional Playground Pour-in-Place | Open | 10/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Repair Pour-in-Place |
| Chairs (1) | Open | 4/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Chairs need to be replaced in loveable lobsters room |
| Chairs (2) | Open | 4/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Chairs need to be replaced in huggable hermit crabs room |
| Chairs (3) | Open | 4/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Chairs need to be replaced in toddling turtles |
| Chairs (4) | Open | 4/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Chairs need to be replaced in Rockin Rainbowfish room |
| Chairs (5) | Open | 4/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Chairs need to be replaced in jammin jellyfish room |
| Chairs (6) | Open | 4/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Chairs need to be replaced in silly seahorses room |
| Chairs (7) | Open | 4/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Chairs need to be replaced in giggling guppies room |
| Chairs (8) | Open | 4/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Chairs need to be replaced in shining starfish room |
| Changing Tables (1) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Changing tables need to be replaced in loveable lobsters room |
| Changing Tables (2) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Changing tables need to be replaced in huggable hermit crabs room |
| Changing Tables (2) | Open | 11/14/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Changing tables need to be cleaned in huggable hermit crabs room |
| Changing Tables (3) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Changing tables need to be replaced in to toddling turtles room |
| Classroom Blinds (6) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Classroom blinds need to be replaced in silly seahorses room |
| Classroom Doors (7) | Open | 11/14/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Classroom doors need to be cleaned in giggling guppies room |
| Corner Guards (1) | Open | 11/15/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Corner guards need to be installed in loveable lobsters room |
| Corner Guards (2) | Open | 11/15/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Corner guards need to be installed in huggable hermit crabs room |
| Corner Guards (3) | Open | 11/15/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Corner guards need to be installed in toddling turtles room |
| Corner Guards (4) | Open | 11/15/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Corner guards need to be installed in rockin rainbowfish room |
| Corner Guards (5) | Open | 11/15/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Corner guards need to be installed in jammin jellyfish room |
| Cubbies (2) | Open | 4/15/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Cubbies need to be repaired in huggable hermit crabs room |
| Dramatic Play (3) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add GSI approved dolls, dishes, and food items, replace table with GSI approved table and chairs in toddling turtles room |
| Dramatic Play (4) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add GSI Approved dolls, dishes, and food items, in rockin rainbowfish room |
| Dramatic Play (5) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add Doll crib or high chair to dramatic play in jammin jellyfish room |
| Dramatic Play (7) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add Doll crib or high chair to dramatic play in giggling guppies room |
| Dramatic Play (8) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Refinish kitchen unit and replace knobs in shining starfish room |
| Fence Condition | Open | 4/15/2016 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Fence needs to be replaced |
| Fence Construction | Open | 10/15/2016 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Fence needs to be repaired |
| Gross Motor (2) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Replace with approved GSI gross motor equipment |
| Kitchen Cabinets (1) | Open | 11/14/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Cabinets need to be cleaned |
| Large Blocks and Transportation (7) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add blocks to giggling guppies room |
| LavShields (5) | Open | 11/15/2014 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Lavshields needs to be repaired in jammin jellyfish room |
| Learning/Laptop Table (4) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Replace worn computer tables with GSI recommended units in Rockin Rainbowfish room |
| Learning/Laptop Table (5) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add GSI recommended computer desk in jammin jellyfish room |
| Learning/Laptop Table (6) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Replace worn computer tables with GSI recommended units in silly seahorses room |
| Manipulatives (1) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Replace store bought items with supplies from GSI approved equipment list in loveable lobsters room |
| Manipulatives (2) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add Manipulatives to huggable hermit crabs room |
| Manipulatives (3) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add GSI approved manipulatives |
| Manipulatives (7) | Open | 1/15/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add more GSI materials in gigglin guppies room |
| Monument Sign | Open | 6/30/2015 12:00 AM | System Standards - Suwanee I, GA (0408) - 2014-10-15 | Monument Sign needs to be replaced |

| Condition | Status | Date / Facility | Description |
|---|---|---|---|
| Older Playground Condition | Open | 10/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Younger Playground needs to be repaired |
| Older Playground Pour-in-Place | Open | 10/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Repair Pour-in-Place |
| Playground Grounds | Open | 1/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Playground needs to be repaired |
| Science (4) | Open | 1/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Repair or refinish water table in the Rockin Rainbowfish room |
| Science (6) | Open | 1/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Replace sand table with GSI approved in silly seahorses room |
| Science (7) | Open | 1/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add items to the science area in giggling guppies room |
| Shelving Units (1) | Open | 1/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Shelving units needs to be repaired in loveable lobsters room |
| Shelving Units (5) | Open | 1/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Shelving units needs to be repaired in jammin jellyfish room |
| Shelving Units (7) | Open | 1/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Shelving units needs to be repaired in giggling guppies room |
| Shelving Units (8) | Open | 1/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Shelving units needs to be replaced in shining starfish room |
| Tables (1) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Tables need to be replaced in loveable lobsters room |
| Tables (2) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Tables need to be replaced in huggable hermit crabs room |
| Tables (3) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Tables need to be replace in toddling turtles room |
| Tables (4) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Tables need to be replaced in Rockin Rainbowfish |
| Tables (5) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Tables need to be replaced in jammin jellyfish room |
| Tables (6) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Tables need to be replaced in silly seahorses room |
| Tables (7) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Tables need to be replaced in giggling guppies |
| Tables (8) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Tables need to be replaced in shining starfish room |
| Teacher Units (4) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Teacher units need to be replaced in Rockin Rainbowfish |
| Teacher Units (8) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Teacher units need to be replaced in shining starfish room |
| Unapproved Toys (1) | Open | 11/15/2014 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Remove unapproved toys in loveable lobsters room replace with GSI approved supplies |
| Unapproved Toys (3) | Open | 11/15/2014 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Remove unapproved toys in toddling turtles room replace with GSI approved supplies |
| Unapproved Toys (4) | Open | 11/15/2014 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Remove unapproved toys in rockin rainbowfish room replace with GSI approved supplies |
| Unapproved Toys (5) | Open | 11/15/2014 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Remove unapproved toys in jammin jellyfish room, replace with GSI approved supplies |
| Unapproved Toys (6) | Open | 11/15/2014 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Remove unapproved toys in silly seahorses room |
| Unapproved Toys (7) | Open | 11/15/2014 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Remove unapproved toys in giggling guppies room |
| Unapproved Toys (8) | Open | 11/15/2014 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Remove unapproved toys in shining starfish room |
| Walls | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Walls needs to be cleaned in adult bathroom |
| Walls | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Kitchen walls need to be cleaned |
| Walls (4) | Open | 1/14/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Walls need to be repaired in rockin rainbowfish room |
| Walls (5) | Open | 1/14/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Walls need to be cleaned in jammin jellyfish room |
| Walls (7) | Open | 4/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Walls need to be repaired in giggling guppies room |
| Walls (7) | Open | 1/14/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Walls need to be cleaned in giggling guppies room |
| Younger Playground Shade Structure Fabric | Open | 10/15/2015 12:00 AM System Standards - Suwanee I, GA (0408) - 2014-10-15 | Add shade structure to younger playground |