IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GODDARD SYSTEMS, INC.<br>1016 W. Ninth Avenue,<br>King of Prussia, Pennsylvania 19406<br><br>      Plaintiff<br>  v.<br><br>SUSAN A. MASTEN<br>1020 Ambrose Avenue<br>Alpharetta, Georgia 30022<br><br>and<br><br>THE MASTEN TEAM, INC.<br>4410 Johns Creek Parkway<br>Suwanee, Georgia 30024<br><br>      Defendants. | :<br>:<br>:<br>:<br>:<br>: CIVIL ACTION NO.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL NOT DEMANDED<br>:<br>:<br>:<br>: |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to its obligations under Fed. R. Civ. P. 7.1, Plaintiff Goddard Systems, Inc. in the above listed action states that the following parent corporation, and no publicly held company, owns 10% or more of its stock:

American Manufacturing Corporation          100%

Respectfully submitted,

GODDARD SYSTEMS, INC.

November 16, 2015    By: _Constantine T. Fournaris_ (signature)
Constantine T. Fournaris
PA Attorney ID No.: 63902
WIGGIN AND DANA LLP
50 S. 16th Street
Two Liberty Place, Suite 2925
Philadelphia, PA 19102
215-988-8311
cfournaris@wiggin.com
*Attorneys for Plaintiff Goddard Systems, Inc.*